*LWC*
*Conner, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANGELINA SZABO, Individually, and on
Behalf of others similarly situated,

        Plaintiff,

-against-

TOUGHER INDUSTRIES, INC.,

        Defendant.

STIPULATION FOR
ACCEPTANCE OF SERVICE
AND ORDER

Civil Action No.: 06-CV-4001
(Conner)

ECF CASE

---

IT IS HEREBY STIPULATED, by and between counsel for the respective parties hereto, that the law office of Couch White, LLP will accept service of plaintiff's summons in a civil case and complaint in the above-entitled action on behalf of defendant Tougher Industries, Inc.

Dated:    July 18, 2006
           Fishkill, New York

JOSEPH P. CAREY, P.C.

_/s/ Joseph P. Carey_
Joseph P. Carey, Esq. (JC4096)
Attorneys for Plaintiff
1081 Main Street
Suite E
Fishkill, New York 12524
(845) 896-0600

Dated:    July 18, 2006
           Albany, New York

COUCH WHITE, LLP

_/s/ John J. Dowd_
John J. Dowd, Esq. (JD6927)
Attorneys for Defendant
540 Broadway
P.O. Box 22222
Albany, New York 12201-2222
(518) 426-4600

F:\DATA\Client 01408\Pleadings\Szabo STIP.doc

SO ORDERED:

_William C. Conner_
U.S.D.J.

dated: July 28, 2006

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for Δ