UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ANGELINA SZABO, Individually, and on Behalf of other similarly situated, | **RULE 7.1 STATEMENT** |
| Plaintiff, | |
| -against- | |
| TOUGHER INDUSTRIES, INC., | Civil Action No.: 06-CV-4001 (Conner) |
| Defendant. | |

_____

       Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable the District Court Judge and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Tougher Industries, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

       NONE

Dated:    Albany, New York
             August 7, 2006

                                 COUCH WHITE, LLP

                                 By:_____/s/ John J. Dowd_____
                                     John J. Dowd, Esq. (JJD 6927)
                                 Attorneys for Defendant
                                 Tougher Industries, Inc/
                                 540 Broadway
                                 P.O. Box 22222
                                 Albany, New York  12201-2222
                                 (518) 426-4600