# JOSEPH P. CAREY, P.C.
Attorney-at-Law

1081 Main Street
Suite E
Fishkill, New York 12524
(845) 896-0600
Fax: (845) 896-0602
E-Mail: jpcareypc@verizon.net

Practice Limited to
Labor, Employment,
Benefits,
Environmental Law, and
Related Litigation

Melissa Layne
Paralegal

IRS ID # 06-1066056

**MEMO ENDORSED**

Facsimile
Honorable William C. Conner
United States District Court Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Szabo v. Tougher Indus.,
Re: 06-CV-4001 (WCC)

**ORIGINAL**

September 26, 2006

Your Honor,

At our in-person conference before you on September 22nd 2006 Counsel agreed to the following Discovery Schedule:

    Requests for interrogatories October 31st 2006
    Requests for documents October 31st 2006
    Depositions to be completed by March 30th 2007
    All Discovery to be completed by May 31st 2007

A telephone conference with you is scheduled for ~~May 10th 2006~~ May 11th, 2007 at 9:15AM.

Both Counsel appreciate your efforts in this matter.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

E- COPIES MAILED TO COUNSEL OF RECORD

---

Master-of-Laws (in Labor Law) Degree: New York University Graduate School of Law 1961
Member: American Bar Association • Section of Labor and Employment Law
Management Member: Section's Committee on Equal Employment Opportunity
• Section of Litigation
Member: American Employment Law Council

JOSEPH P. CAREY, P.C.

CC

518/426-0376
John J. Dowd, Esq. (JJD6927)
540 Broadway
P.O. Box 22222
Albany, New York 12201-2222

SO-ORDERED  9/27/06

*[signature]*
United States District Judge

Respectfully,

Joseph P. Carey, P.C.

By: *[signature]*
Joseph P. Carey, Esq. (JC4096)
Attorney for the Plaintiff

TJ

TOTAL P.02