ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - X

ANGELINA SZABO, Individually and on       :   06 Civ. 4001 (WCC)
behalf of others similarly situated,
                                          :       **ECF CASE**
                    Plaintiff,
                                          :
    - against -
                                          :       <u>ORDER</u>
TOUGHER INDUSTRIES, INC.,
                                          :
                    Defendant.
                                          :
- - - - - - - - - - - - - - - - - - - - - - X

<u>**CONNER, Sr. D.J.:**</u>

      Defendant Tougher Industries, Inc.'s ("Tougher") counsel Couch White, LLP informed this Court by letter dated May 10, 2007 that Tougher has filed for Chapter 11 bankruptcy in the United States Bankruptcy Court for the Northern District of New York. Counsel also stated that it has filed a claim against Tougher's bankruptcy estate for monies owed it by Tougher and therefore requests permission to withdraw as counsel of record for Tougher because of a conflict of interest. Therefore, it is hereby

      ORDERED, that this action is transferred to the Suspense Docket of the Court, subject to reinstatement on the calendar of the undersigned upon notification by defendant Tougher Industries, Inc. that its bankruptcy proceedings are completed. It is further

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

-1-

E-
COPIES MAILED TO COUNSEL OF RECORD +
  ^ MAILED TO TRUSTEE

ORDERED, that counsel's request to withdraw as counsel of record for Tougher is granted.

SO ORDERED.

Dated:  White Plains, New York
        May 23, 2007

                                    _____
                                    WILLIAM C. CONNER, Senior U.S.D.J.